1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

ROBERT KOCH,

                    Plaintiff,

            vs.

ROAMING MESSENGER, INC.;
MOUNTAIN SHARE TRANSFER, INC.,

                    Defendant.

C05-1702 TSZ

**MINUTE ORDER**

**REASSIGNING CASE**

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Thomas S. Zilly, United States District Judge.

    All future documents filed in this case must bear the cause number C05-1702 TSZ and bear the Judge's name in the upper right hand corner of the document.

Dated this 30th day of November, 2005

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
                    Peter H. Voelker, Deputy Clerk